UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSINITES FOR ALTERNATIVES TO
SMOKING & TOBACCO, INC. *et al.*,

          Plaintiffs,

v.

DAVID CASEY,

          Defendant.

Case No. 3:25-CV-00552-wmc

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

---

Plaintiffs Wisconsinites for Alternatives to Smoking ("WiscoFAST"), JHH 5 Brothers, LLC d/b/a/ Distro Guys Wholesale, TruVibe Inc. d/b/a/ The Supply Plus, Johnny Vapes, LLC, Visfot, Inc. d/b/a Nara Smoke Shop, Wages and White Lion Investments, LLC d/b/a Triton Distribution, Kurt Wylie, and Germaine Carmody respectfully request an extension of 3 business days to the deadlines for responsive briefing relating to Defendant's motion to dismiss, as currently established in this Court's August 7, 2025 text order (Dkt. 56). Plaintiffs request this extension due to the press of other business, and they have conferred with counsel for Defendant David Casey, Secretary of the Wisconsin Department of Revenue, who do not oppose the below proposed deadlines:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiffs' Brief in Opposition to Motion to Dismiss | August 25, 2025 | August 28, 2025 |
| Defendant's Brief in Reply regarding Motion to Dismiss | September 5, 2025 | September 10, 2025 |

Dated: August 22, 2025                                               GODFREY & KAHN, S.C.

                                                                                  *s/Kendall W. Harrison*

Kendall W. Harrison, SBN: 1023438
Jenna L. Riddle, SBN: 1129373
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: 608-257-3911
Fax: 608-257-0609
kharrison@gklaw.com
jriddle@gklaw.com

THOMPSON HINE LLP
Eric N. Heyer (Admitted PHV)
James Fraser (Admitted PHV)
Joseph A. Smith (Admitted PHV)
Anna Stressenger (Admitted PHV)
Ryan D. Callinan (Admitted PHV)
1919 M Street, NW, Suite 700
Washington, DC 20036
T: (202) 331-8800
F: (202) 331-8330
Eric.Heyer@ThompsonHine.com
Joe.Smith@ThompsonHine.com
James.Fraser@ThompsonHine.com
Anna.Stressenger@ThompsonHine.com
Ryan.callinan@ThompsonHine.com

*Counsel for Plaintiffs*